J. MARGIOTTA COMPANY
100-106 Row A
NYC Terminal Market
Hunts Point
Bronx, New York 10474

CUSTOMER STATEMENT

Date Jan 12, 2010        PHIL MARRA PRODUCE CORP
                         2419 E. 4TH STREET
                         BROOKLYN NY 11223

| Week Ending | Inv Date | Invoice # | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 12/17/2009 | 12/04/08 | 166533 | 9207.00 | 6194.17 | 3012.83 |
|  | 11/25/08 | 166401 | 7319.50 | 6359.50 | 960.00 |
|  | 12/11/08 | 166663 | 9849.00 |  | 9849.00 |
|  | 12/18/08 | 166771 | 7365.50 |  | 7365.50 |

Open Balance= 21187.33

| 01/14/2010 | 01/07/2010 | 12/31/2009 | 12/24/2009 | 12/17/2009 & Older |
|---|---|---|---|---|
|  |  |  |  | 21187.33 |