USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 23 JUN 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J. MARGIOTTA COMPANY, LLC,

        Plaintiff,

-against-

PHILIP MARRA PRODUCE, INC., PHILIP MARRA, ANTHONY MARRA PRODUCE INC and ANTHONY MARRA,

        Defendants.

Case No.: 10 CV 922 (GBD)

**DEFAULT JUDGMENT**

This action having been commenced on February 4, 2010, by the filing of the Summons and Complaint, and thereafter on February 8, 2010, copy of the Summons and Complaint were served on the defendants, PHILIP MARRA PRODUCE, INC., PHILIP MARRA, ANTHONY MARRA PRODUCE INC. and ANTHONY MARRA, proof of such service having been filed with the Court, and time for the defendants, PHILIP MARRA PRODUCE, INC., PHILIP MARRA, ANTHONY MARRA PRODUCE INC. and ANTHONY MARRA, to answer having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiffs have judgment against the defendants, PHILIP MARRA PRODUCE, INC., PHILIP MARRA, ANTHONY MARRA PRODUCE INC and ANTHONY MARRA, in the liquidated amount of TWENTY ONE THOUSAND ONE HUNDRED EIGHTY-SEVEN and 33/100 ($21,187.33) DOLLARS, with interest from December 17 2009 in the amount of NINE HUNDRED FIFTY-THREE and 43/100 ($953.43) DOLLARS, plus costs and disbursements of this action in the amount of TWO HUNDRED FORTY and 00/100 ($240.00) DOLLARS amounting in all to TWENTY TWO

THOUSAND ONE HUNDRED FORTY and 76/100 ($22,140.76) DOLLARS.

Dated: New York, New York
      May ___, 2010

*[Signed]* George B. Daniels
    2 3 JUN 2010

HON. GEORGE B. DANIELS

This document was entered on the docket on _____.